DUBROW PURE FOOD, INC., Respondent, *v.* ARTHUR GLAZEL, as President of Waiters Local Union No. 2, et al., Appellants.

(Submitted November 23, 1933; decided December 12, 1933.)

*George Rosling* and *E. Ivan Rubenstein* for appellants.
*Henry Pearlman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.